UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS CARABALLO-ORTIZ (05),<br>LUIS ANDINO-DELBREY (06),<br>JORGE L. URBINA-ACEVEDO (10),<br><br>    Defendants. | Crim. No. 05-354 (JAF) |

**O R D E R**

The Motion for New Trial, Docket Document No. 745, is **denied**. These defendants were fairly tried and justly convicted. Their claims at sentencing were seriously taken into consideration, the sentencing hearing as to movants was continued, defendants were released on bail, they were given the opportunity to sit down with the government and make a cooperation bid which did not result in any favorable terms to defendants. Defendants made informed choices during trial regarding strategy, and any threat of the type alleged was not serious enough for them to reassess their trial strategy. The scenario painted in the motion does not afford movants the right to be given a new trial.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 8th day of February, 2007.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
U. S. District Judge